Charles R. Virginia, Esq. (CV 8214)
**BARNES, IACCARINO, VIRGINIA,**
**AMBINDER & SHEPHERD, PLLC**
111 Broadway, 14th Floor
New York, New York 10006
Office Tel. No.: (212) 943-9080
*Attorneys for Plaintiffs*

RECEIVED
DEC 15 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAT ANGELO, JOSEPH DEVITA, ROBERT GARIEPY, JOSEPH PUZIO III, JOHN F. CAPO, STEPHEN DOHERTY, WILLIAM DERENZIS, JEFFREY DUFFY, as Trustees of the B.A.C. LOCAL 4 PENSION AND ANNUITY FUNDS, MICHAEL PETERSON, RUDOLPH RICCIARDI, ROBERT EPIFANO, JOSEPH SPERANZA, JR., MICHAEL SCHMERBECK, JACK KOCSIS, KENNETH SIMONE, JOHN F. CAPO, STEVE DOHERTY, DONALD ENGELHARDT, DIETER RUACH, RICHARD TOLSON, as Trustees of the NEW JERSEY B.A.C. HEALTH FUND, ROBERT GARIEPY, JAMES R. PRISCO, JR., RUDOLPH RICCIARDI, JOSEPH SPERANZA, JR., JOHN F. CAPO, JEFFREY DUFFY, DONALD ENGELHARDT AND LEON JONES, JR., as Trustees of the NEW JERSEY BM&P APPRENTICE AND EDUCATION FUND, JOHN J. FLYNN, KENNETH LAMBERT, JAMES BOLAND, GERALD O'MALLEY, H. JOSEPH BRAMLETT, PAUL SONGER, CHARLES VELARDO, EUGENE GEORGE, MATTHEW AQUILINE, GERARD SCARANO, MICHAEL SCHMERBECK, BEN CAPP, GREGORY HESS and VINCENT DELAZZERO, as Trustees of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, and JIM ALLEN, MATTHEW AQUILINE, LON BEST, JAMES BOLAND, TED CHAMP, RAYMOND CHAPMAN, VINCENT DELAZZERO, BRUCE DEXTER, JOHN FLYNN, EUGENE GEORGE, GREGORY HESS, FRED KINATEDER, DAN KWIATKOWSKI, KEN LAMBERT, SANTO LANZAFAME, DICK LAUBER, WILLIAM MCCONNELL, EDWARD NAVARRO, GERALD O'MALLEY, JOHN PHILLIPS, CHARLES RASO, MARK ROSE, KEVIN RYAN, GERARD SCARANO, MICHAEL SCHMERBECK, PAUL SONGER, JOSEPH SPERANZA, and FRED VAUTOR, as Trustees of, and on behalf of, the INTERNATIONAL MASONRY INSTITUTE, and JOHN F. CAPO, as Business Manager of B.A.C. LOCAL NO. 4 NEW JERSEY, | 07 CV 3424(AET) (JJH) <br><br> **CONSENT JUDGMENT** |

Plaintiffs,

-against-

PMC CONSTRUCTION CO. LLC,

Defendant.

In accordance with the attached Settlement Agreement, the terms of which are incorporated herein by reference, the Court hereby enters Judgment as follows:

1. Judgment is entered in favor of Plaintiffs Pat Angelo, Joseph DeVita, Robert Gariepy, Joseph Puzio III, John F. Capo, Stephen Doherty, William Derenzis, Jeffrey Duffy, as Trustees of the B.A.C. Local 4 Pension and Annuity Funds, Michael Peterson, Rudolph Ricciardi, Robert Epifano, Joseph Speranza, Jr., Michael Schmerbeck, Jack Kocsis, Kenneth Simone, John F. Capo, Steve Doherty, Donald Engelhardt, Dieter Ruach, Richard Tolson, as Trustees of the New Jersey B.A.C. Health Fund, Robert Gariepy, James R. Prisco, Jr., Rudolph Ricciardi, Joseph Speranza, Jr., John F. Capo, Jeffrey Duffy, Donald Engelhardt and Leon Jones, Jr., as Trustees of the New Jersey BM&P Apprentice and Education Fund, and John J. Flynn, Kenneth Lambert, James Boland, Gerald O'Malley, Joseph Bramlett, Paul Songer, Charles Velardo, Eugene George, Matthew Aquiline, Gerald Scarano, Michael Schmerbeck, Ben Capp, Gregory Hess and Vincent Delazzero, as Trustees of the Bricklayers & Trowel Trades International Pension, Health and Annuity Funds, and John F. Capo, as Business Manager of B.A.C. Local No. 4 New Jersey and against Defendant PMC Contracting, LLC, s/h/a PMC Construction Co.,LLC,in the amount of $31,094.14.

2. Defendant shall pay Plaintiffs this Judgment in the amount of $31,094.14 in accordance with the terms and conditions of the Settlement Agreement.

3. Defendant having breached the attached Settlement Agreement, Plaintiffs will file this Consent Judgment with the United States District Court for the District of New Jersey. The amount of the judgment shall equal $31,094.14.

4. Upon the filing of this Consent Judgment, Plaintiffs will be entitled to enforce this Consent Judgment with respect to such remaining balance by all means permitted by law.

5. Jurisdiction is retained solely to assure compliance with the terms of the Consent Judgment and the attached Settlement Agreement.

Dated:_____

**We Stipulate to and Request Entry of this Consent Judgment**

Dated: New York, New York
November ___, 2008

*So Ordered*

Dec 12, 2008 /s/ Anne E. Thompson
USDJ

**B.A.C. LOCAL 4 PENSION AND ANNUITY FUNDS**

By: _____
Name:
Title: Trustee

**TRUSTEES OF NEW JERSEY B.A.C. HEALTH FUND**

By: _____
Name:
Title: Trustee

**NEW JERSEY BM&P APPRENTICE AND EDUCATION FUND**

By: _____
Name:
Title: Trustee

3

**TRUSTEES OF THE BRICKLAYERS &
TROWEL TRADES INTERNATIONAL
PENSION, HEALTH AND ANNUITY FUNDS**

By: _____
Name: David F. Stupar
Title: Executive Director

**B.A.C. A.D.C. NEW JERSEY**

By: _____*[signature]*_____
Name:
Title:

**THIS SPACE LEFT INTENTIONALLY BLANK**

4

**TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION, HEALTH AND ANNUITY FUNDS**

By: *[signature]*

Name: David F. Stupar
Title: Executive Director

**B.A.C. A.D.C. NEW JERSEY**

By: _____

Name:
Title:

THIS SPACE LEFT INTENTIONALLY BLANK

4

PMC CONTRACTING, LLC

By: _____
Name: Eric Palmer
Title: President

STATE OF NEW JERSEY )
COUNTY OF _____ )ss.:

On the ___ day of November, 2008, before me personally came _____ to me known, who, by me duly sworn, did depose and say that deponent has its principal place of business located at _____ _____, that deponent is the _____ of, the corporation described herein, and which executed the foregoing Consent Judgment on behalf of PMC CONTRACTING, LLC and was authorized to do so, that deponent knows the seal of the corporation, that the seal affixed to the Consent Judgment was affixed by the order of the board of the corporation, and that deponent signed deponent's name by like order.

_____
Notary Public